RECEIVED
IN ALEXANDRIA, LA.

JUN 3 0 2014

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ALVIN SHEROY TERRELL<br>FED. REG. NO. 53907-019 | CIVIL ACTION NO. 2:13-CV-2545<br>SECTION P |
| VERSUS | |
| | JUDGE TRIMBLE |
| WARDEN C. MARIANO | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this 30th day of June, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE